UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GEORGE YVES CELIFIE,

             Petitioner,

-against-

HOMELAND SECURITY (BICE),

             Respondent.
----------------------------------------------------------------X

JUDGMENT
04-CV-1909 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUN 13 2005
TIME A.M. _____ P.M. _____

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on June 9, 2005, dismissing the petition for a writ of habeas corpus as moot; ordering that a Certificate of Appealability will not issue; and certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for purposes of an appeal; it is

ORDERED and ADJUDGED that petitioner taken nothing of the respondent; that the petition for a writ of habeas corpus is dismissed as moot; that a Certificate of Appealability will not issue; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for purposes of an appeal.

Dated: Brooklyn, New York
        June 10, 2005

/s/
ROBERT C. HEINEMANN
Clerk of Court